IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Michael Worthy, | ) | C.A. No. 7:08-240-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Metal Roofing & Siding Supply, Inc., | ) | |
| d/b/a MRS Metal Rollforming | ) | |
| Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Metal Roofing & Siding Supply, Inc. d/b/a MRS Metal Rollforming Systems, Inc. is ordered to inform the court of its state of incorporation for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The Defendant is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 24, 2008